**Ogletree Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2022

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*
599 Lexington Avenue, 17th Floor
New York, New York 10024
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletreedeakins.com

October 17, 2022

<u>VIA ECF</u>

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. The deadline for Defendant to respond to the Complaint is extended to November 19, 2022. The telephone conference scheduled for October 20, 2022 is canceled. The Court will schedule an Initial Pretrial Conference by separate Order. SO ORDERED.
> Dated: October 18, 2022

RE: *Leshawn Young v. KeyBank National Association*,
<u>1:22-cv-06879 (JMF)(SDA)</u>

Dear Judge Aaron:

    We represent defendant KeyBank National Association ("Defendant") in the above-referenced action. In accordance with Rule 1.D of Your Honor's Individual Practices, we respectfully write to request (i) an extension of Defendant's time to respond to the Complaint until November 19, 2022; and (ii) an adjournment of the conference scheduled for October 20, 2022, until November 20, 2022, or some subsequent date that is convenient for the Court. Defendant respectfully submits this request (i) so that it may be afforded additional time to explore a potential settlement dialogue with Plaintiff; and (ii) in light of its view that the conference will be made more constructive if it is held after the filing of Defendant's responsive pleading. This is the Defendant's first request for the relief sought herein, and Plaintiff consents to this request.

    Thank you for Your Honor's consideration of this request.

                        Respectfully submitted,

                         OGLETREE, DEAKINS, NASH,
                         SMOAK & STEWART, P.C.

                         __s/ Evan B. Citron_____
                         Evan B. Citron

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh
Portland ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

53401921.v1-OGLETREE