
Case 1:22-cv-06879-JMF-SDA   Document 17   Filed 12/08/22   Page 1 of 1

**Ogletree Deakins**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2022

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10024
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletreedeakins.com

December 8, 2022

<u>VIA ECF</u>

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. Defendant's time to respond to the Complaint is adjourned until January 16, 2023. The Initial Pretrial Conference scheduled for December 15, 2022 is adjourned until January 19, 2023 at 11:00 a.m. No further extensions of these deadlines shall be granted absent exigent circumstances. SO ORDERED.
>
> Dated: December 8, 2022

RE: *Leshawn Young v. KeyBank National Association*,
<u>1:22-cv-06879 (JMF)(SDA)</u>

Dear Judge Aaron:

      We represent defendant KeyBank National Association ("Defendant") in the above-referenced action. In accordance with Rule 1.D of Your Honor's Individual Practices, we respectfully write to request (i) an extension of Defendant's time to respond to the Complaint from December 14, 2022 until January 16, 2023; and (ii) an adjournment of the Initial Pretrial Conference (the "conference") scheduled for December 15, 2022 until January 17, 20223, or some subsequent date that is convenient for the Court. Defendant respectfully submits these requests (i) so that it may be afforded additional time to continue its settlement discussions with Plaintiff; and (ii) in light of its view that the conference will be made more constructive and efficient if it is held after the filing of Defendant's responsive pleading. This is Defendant's third request for an extension of time to respond to the Complaint, and second request for an adjournment of the conference. Plaintiff consents to these requests.

      Thank you for Your Honor's consideration of these requests.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

   s/ Evan B. Citron
   Evan B. Citron

cc: All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver
Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis
Miami ▪ Minneapolis ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Orange County ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh
Portland ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Stamford ▪ Tampa ▪ Torrance ▪ Tucson ▪ Washington

54141236.v1-OGLETREE